A. ROYCE, APPELLANT, *v.* LYMAN A. SMITH, RE-
SPONDENT.

WRIT OF CERTIORARI ISSUES ONLY IN CASES WHERE JURISDICTION HAS BEEN EXCEEDED and there is no appeal.

By Court, FRENCH, C. J.:

The order and proceedings therein in this cause have been reversed, on the authority of the decision in *Reilly* v. *Tyng, ante,* p. 510, decided at the same term.